# Order

**Lansing, Michigan**

September 10, 2007

134041

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FRANK W. IDOLSKI,
   Plaintiff-Appellee,

v

            SC: 134041
            COA: 273029
            WCAC: 03-000252

AMERICAN AXLE & MANUFACTURING OF
MICHIGAN, INC., and INSURANCE COMPANY
OF NORTH AMERICA,
    Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the May 10, 2007 order
of the Court of Appeals is considered, and it is DENIED, because we are not persuaded
that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007                    

t0830                    Clerk